# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-18026-ELF

ANDREW J HOERTZ

3250 MANOR ROAD

COATESVILLE, PA 19320

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    ANDREW J HOERTZ

    3250 MANOR ROAD

    COATESVILLE, PA 19320

Counsel for debtor(s), by electronic notice only.

    STANLEY E. LUONGO JR
    LUONGO BELLWOAR LLP
    213-215 WEST MINER ST
    WEST CHESTER, PA 19382

Date: 4/19/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee