United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-18026-elf
Andrew J. Hoertz                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1         Date Rcvd: Jun 13, 2018
                        Form ID: 155       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2018.
db            +Andrew J. Hoertz,   3250 Manor Road,   Coatesville, PA 19320-1218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2018 at the address(es) listed below:
          JEROME B. BLANK    on behalf of Creditor   Wells Fargo Bank, National Association, As Indenture et al paeb@fedphe.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          STANLEY E. LUONGO, JR.    on behalf of Debtor Andrew J. Hoertz stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor   Wells Fargo Bank, National Association, As Indenture et al paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                              TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Andrew J. Hoertz
        Debtor(s)                                    Chapter: 13

                                            Bankruptcy No: 17−18026−elf
_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 12th day of June, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                         Eric L. Frank
                                                                         Judge ,
                                                                         United States Bankruptcy Court

                                                                                                          30 – 22
                                                                                                          Form 155