# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| IN RE: Andrew J. Hoertz | | CHAPTER 13 |
| | Debtor(s) | |
| Ditech Financial LLC | Movant | |
| vs. | | NO. 17-18026-elf |
| Andrew J. Hoertz | | |
| | Debtor(s) | |
| William C. Miller Esq. | | |
| | Trustee | 11 U.S.C. Sections 362 |

### ORDER

AND NOW, this 11th day of September, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay of all proceedings is **GRANTED** and the Automatic Stay of all proceeding, as provided 11 U.S.C. Section 362, is **MODIFIED** with respect to the subject premises located at 3250 Manor Rd, Coatesville, PA 19320 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Andrew J. Hoertz
3250 Manor Road
Coatesville, PA 19320

Stanley E. Luongo Jr.
Luongo Bellwoar LLP
213-215 West Miner Street
West Chester, PA 19382

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532