United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                        Case No. 17-18026-elf
Andrew J. Hoertz                                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Sep 11, 2018
                       Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2018.
db             +Andrew J. Hoertz,    3250 Manor Road,    Coatesville, PA 19320-1218
               +KML Law Group, P.C.,    Suite 5000,    BNY Mellon Independence Center,    701 Market Street,
                 Philadephia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2018 at the address(es) listed below:
      JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association, As Indenture et al paeb@fedphe.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      STANLEY E. LUONGO, JR.    on behalf of Debtor Andrew J. Hoertz stan.luongo@luongobellwoar.com,
       nicole.werner@luongobellwoar.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, National Association, As Indenture et al paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | | |
|---|---|---|---|
| IN RE: Andrew J. Hoertz | Debtor(s) | | CHAPTER 13 |
| Ditech Financial LLC<br><br>vs.<br><br>Andrew J. Hoertz | Movant<br><br><br>Debtor(s) | | NO. 17-18026-elf |
| William C. Miller Esq. | Trustee | | 11 U.S.C. Sections 362 |

**ORDER**

AND NOW, this 11th day of September, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay of all proceedings is **GRANTED** and the Automatic Stay of all proceeding, as provided 11 U.S.C. Section 362, is **MODIFIED** with respect to the subject premises located at 3250 Manor Rd, Coatesville, PA 19320 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Andrew J. Hoertz
3250 Manor Road
Coatesville, PA 19320

Stanley E. Luongo Jr.
Luongo Bellwoar LLP
213-215 West Miner Street
West Chester, PA 19382

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532